UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY WALDON, JASON
GOLDSTEIN, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.

CREDIT ONE BANK, N.A.,

    Defendant.

CASE NO. 7:20-cv-10003-CS

[PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation made by and between Plaintiffs Anthony Waldon and Jason Goldstein (collectively "Plaintiffs") and Defendant Credit One Bank, N.A. ("Credit One") (together the "Parties") and for good cause showing:

1. All claims and counterclaims between Plaintiffs and Credit One will be transferred to binding arbitration and decided before an arbitrator with AAA on an individual basis only.

2. This action, as to Plaintiffs and Credit One shall be dismissed pursuant to F.R.C.P. 41(a). *The Clerk shall close the case.*

IT IS SO ORDERED.

DATED: 8/3/21

By: *Cathy Seibel*
The Honorable Cathy Seibel
United States District Court Judge

1